AO 91 (REV.5/85) Criminal Complaint　　　　　　　　　　　　　　　　SAUSA M. David Habich, (312) 829-8931

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DEMETRIUS CAL

(Name and Address of Defendant)

**FILED**
JN
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER:

**08CR 672**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __08/11/2006__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid confinement for the Illinois felony of Aggravated Criminal Sexual Abuse

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
　　　　　　　　　　　　　　　　　Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes　___ No

_(signature)_
Signature of Complainant
Mark A. Wallschlaeger
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

August 22, 2008　　　　　　　　　　　　　　　　at　Chicago, Illinois
Date　　　　　　　　　　　　　　　　　　　　　　　City and State

Geradline Soat Brown, United States Magistrate Judge　　_(signature)_
Name & Title of Judicial Officer　　　　　　　　　　　　Signature of Judicial Officer

```
STATE OF ILLINOIS      )
                       )  ss
COUNTY OF COOK         )
```

## A F F I D A V I T

I, MARK A. WALLSCHLAEGER, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for twelve years. I am assigned to the FBI Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Chicago Police Department (CPD) Detective P. JOHNSON, unless otherwise indicated.

2. On January 23, 2006, DEMETRIUS CAL was found guilty in the Circuit Court of Cook County, Illinois, of the felony offense of Aggravated Criminal Sexual Abuse to a victim under the age of nine. CAL was sentenced to probation but subsequently violated his probation in 2006 after being arrested for another criminal offense. After being arrested, CAL was granted a bond by the Cook County Court. While on bond, CAL neglected to appear for his court dates and an arrest warrant was issued on August 11, 2006. Attempts to locate CAL have been fruitless.

3. Investigation has determined that CAL obtained an Indiana Drivers License (DL) in his true name, date of birth and

social security account number listing an address in Indianapolis, Indiana. The license was issued on May 27, 2008, and will expire on December 17, 2014.

4. A review of data bases available to the FBI revealed that the address listed on CAL's Indiana DL is shared by family members to include his mother and sister.

5. Based on the information contained in this affidavit, I believe DEMETRIUS CAL fled the State of Illinois to avoid confinement for his violation of probation on the criminal sexual abuse charge.

6. The Cook County State's Attorney will extradite CAL when he is apprehended.

MARK A. WALLSCHLAEGER
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
before me this 22nd day
of August, 2008

Geraldine Soat Brown
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs
DEMETRIUS CAL

CASE NO. 03CR2146101 W001
WARRANT TYPE ( BFW )

## DUPLICATE COPY - ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) DEMETRIUS CAL                                          for the offense of
(Description) AGG CRIM SEX ABUSE/VICTIM <9
(Chapter) 720    (Section) 5/12-16(C)(2)(I)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook County at (Location) CRIMINAL COURT BUILDING                                           (Room) 202
2600 S CALIFORNIA
CHICAGO, IL 60608
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

### GEOGRAPHIC LIMITATIONS

Issued in Cook County 08/11/2006
Bail fixed at $ - NO BAIL --

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

_____                                        Judge  CLAYTON J. CRANE  _____ Code 1724
(Geographic Limitations)

_____
Prosecutor

Judge  CLAYTON J. CRANE  _____ Code 1724

Witness: Clerk of the Court and seal thereof, 08/11/2006

Clerk of the Circuit Court _____           By Deputy Clerk _____

Name  DEMETRIUS CAL
Alias
Residence 656 N PINE 2ND FL                    City CHCIAGO    IL    State   Zip 60644

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|-----|------|--------|--------|--------|-----|---------|-------|-----------------|
| M | BLACK | 5' 6" | 223 lbs | 12/17/1986 | 21 | | | |

IR 001586374 |CB/DCN 015579162 |FBI 664127CC3 |SID 00052317750 |SSN 000000000 |BOND N 15300522

Complainant's Name
Address                                                   City                        State        Zip
Arresting Officer                                         Star No 00000
Agency/Unit  COOK COUNTY SHERIFF

Reviewed By: _____                      Audited By: _____
             Prosecutor                                                 Clerk

Prepared by: SHERIFF FUG WARRANTS       Printed: 08/20/2008 09:27:33     System:  SUPO.MAYW.SPMB.LESHFW01

CLERK OF THE CIRCUIT COURT OF COOK COUNTY