Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 672 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Demetrius Cal | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued to Demetrius Cal. *Geraldine Soat Brown*

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|